IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **STATE OF ALABAMA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv118-MHT |
| | ) | (WO) |
| **CHARLES KELVIN JOHNS,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It is ORDERED that defendant Charles Kelvin Johns's motion for temporary restraining order (doc. no. 4) is denied. The motion for preliminary injunction remains pending.

DONE, this the 4th day of March, 2019.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**